## YEALES agt. AYER

Timothy Yeales plaint. ag$^t$ Peter Ayer of Havarill Defen$^{dt}$ in an action of the case for unjustly and illegally taking off from the Wharfe of John Arnall in Boston about the middle of the month of April last past Six thousand foote of Merchantable pine boards which were the plaintifes, whereby the plaintife is greatly damnified with all other due damages &c. . . . The Jury . . . found for the plaint. twelve pounds money & costs of Court.

## LONG ag$^t$ ALLEN

William Long plaint. ag$^t$ Abraham Allen Defend$^t$ in an action of debt of five pound thirteen Shillings & Seven pence in money due by booke, with all other due damages &c. . . . The Jury . . . found for the plaint. five pound thirteen Shillings Seven pence money & costs of Court granted twenty Shillings.

Execution issued 20th aug$^o$ 1678.

## SAVAGE agt. Ship W$^m$ & Henry

Ephraim Savage who married with Sarah Relict & Adm$^x$ of the Estate of Obadiah Walker dece$^d$ plaint. ag$^t$ Ship W$^m$ & Henry Jeremiah Cushing ma$^r$ Defend$^t$ in an action of debt of Fifteen pounds money disburst and paid by s$^d$ Walker in part of payment for the building of s$^d$ Ship &c. . . . The Jury . . . found for y$^e$ Defend$^t$ costs of Court.

## CASEY agt. PALMER

John Casey Attourny of John Midgly the assigne of Jacob Bushe plaint. ag$^t$ Lisle Palmer Defend$^t$ in an action of debt of Forty five pounds Starling due by bill under the hand & Seale of the s$^d$ Palmer bearing date. Octob$^r$ 4th 1677. with all other due damages &c. . . . The Jury . . . found for the plaint. thirty five pound fourteen Shillings money and costs of Court. granted twenty Seven Shillings four pence.

Execution issued 7$^o$ aug$^o$ 1678.

John Vsher plaint. ag$^t$ Hezekiah Vsher & m$^r$ Samuel Nowell Defend$^{ts}$ The plaint. withdrew his action.